UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ADELMO TOMASSETTI and ROSE TOMASSETTI,

                Plaintiffs,

v.

LITTLE GIANT LADDER SYSTEMS, LLC,

                Defendant.
--------------------------------------------------------------x

**ORDER OF DISMISSAL**

22 CV 2587 (VB)

    The Court has been advised that the parties reached an agreement to resolve this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than November 22, 2023. To be clear, any application to restore the action must be filed by November 22, 2023, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

    All other deadlines and scheduled court appearances are cancelled, and any pending motions are moot.

    The Clerk is instructed to close this case.

Dated: September 22, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge